**Order filed October 15, 2015**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-15-00574-CV**
_____

**WESTVIEW DRIVE INVESTMENTS, LLC AND JACK YETIV, Appellants**

**V.**

**LANDMARK AMERICAN INSURANCE CO., KING-PHILLIPS INSURANCE AGENCY, INC. AKA INSURTRUST INSURANCE, AND GREGORY MCGEHEE, Appellees**

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2012-47829**

## O R D E R

Appellants' brief was due September 16, 2015. No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **October 30, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM